## Commonwealth *v.* Maxfield, Appellant.

Submitted March 9, 1970. *Gerald E. Ruth,* Public Defender, for appellant; *Joseph Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In this appeal from the denial of PCHA relief on appellant's guilty plea, it appears that the PCHA hearing notes of testimony are unobtainable. Order vacated and the record remanded for a hearing on the issues raised by the original or an amended PCHA petition, and for the production of notes of testimony at such hearing, the district attorney being in agreement. See *Commonwealth v. Lowery,* 438 Pa. 89, 263 A. 2d 332 (1970).

## Commonwealth *v.* Maxfield, Appellant.
## Commonwealth *v.* Nolden, Appellant.

Submitted March 9, 1970. *Mark Woodbury, III,* Assistant Public Defender, for appellants; *William H. Neff, Jr.,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.